[No. 54140-4-I.  Division One.  January 31, 2005.]

ALAN HUA, *Respondent*, v. MARIE E. ZEMEK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-16058-1, Stephen M. Gaddis, J. Pro Tem., entered June 14, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 54156-1-I.  Division One.  January 31, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. T.R., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-8-04147-7, Charles V. Johnson, J. Pro Tem., entered March 31, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 30706-5-II.  Division Two.  February 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE LEONARD ZETTEL, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-1-00300-0, John P. Wulle, J., entered July 29, 2003. *Reversed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 30859-2-II.  Division Two.  February 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE ALLEN BORST, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 02-1-00399-3, David E. Foscue, J., entered June 16, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Armstrong, J.